**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION**

**ST. PAUL FIRE & MARINE**                                                  **PLAINTIFF**
**INSURANCE COMPANY**

**CASE NO. 4:05-CV-00483 GTE**

**GLOBAL TITLE COMPANY, INC., et al.**                          **DEFENDANTS**

**DECLARATORY JUDGMENT**

Pursuant to the Order Granting Summary Judgment filed in this matter this date granting summary judgment in favor of Plaintiff St. Paul Fire & Marine Insurance Company ("St. Paul"), it is Considered, Ordered, and Adjudged that the Real Estate Professional Services Liability Protection Policy (Policy No. GL00645093, effective May 24, 2004 through May 24, 2005) issued by St. Paul to Defendant Global Title Company, Inc. ("Global") affords no liability coverage for the benefit of Global, Mary Smith (a/k/a Mary Nash or Mary O'Hanlon Smith), or Cristina O'Hanlon Bevins in connection with the claims filed against them by Columbian National Title Insurance Company, Arley Rabey, Jr., John Bradley Martin, or Daniel C. and Rebecca L. Deguisne in the "Underlying Litigation."[1]

It is further Considered, Ordered, and Adjudged that St. Paul owes no duty to defend Global, Mary Smith (a/k/a Mary Nash or Mary O'Hanlon Smith), or Cristina O'Hanlon Bevins in the Underlying Litigation.

---

[1] The Underlying Litigation is more particularly described in the accompanying Order Granting Summary Judgment.

It is further Considered, Ordered, and Adjudged that the Successor Receiver's Counterclaim be, and it is hereby, DISMISSED WITH PREJUDICE.

Dated this  16th  day of October, 2006.

                                          /s/Garnett Thomas Eisele
                                   UNITED STATES DISTRICT JUDGE